## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 30, 2020 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-5424 (DRH) |
| **NAME OF CASE(S):** | **ELEAZAR RODRIGUEZ V RUDOLPH H. WEBER, ET AL.,** |
| **FOR PLAINTIFF(S):** | Failed to appear |
| **FOR DEFENDANT(S):** | Michelen |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

The joint motion for judicial approval shall be filed by May 29, 2020.