

# Moser Law Firm, PC

# STATEMENT

5 E MAIN ST
HUNTINGTON, NY 11743
Phone: 516-671-1150
Fax: 516-882-5420

Invoice # 67
Date: 07/20/2020
Due On: 08/19/2020

Rodriquez Picado Eleazar
154 Church Street
Freeport, NY 11520

## 17-00008

## Rodriguez v. Weber et. al., 18-cv-05424-DRH-GRB

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/20/2017 | Time Entry: Initial client consultation | 1.50 | $450.00 | $675.00 |
| Service | 07/17/2017 | Time Entry: I called Mr. Rodriguez for an intake. -PD | 0.70 | $125.00 | $87.50 |
| Service | 08/09/2018 | Time Entry: Investigation - ID Related Entities - Google Company Website is not active, homeflock .com/ contractor foung information and costumerreview. – TL. | 0.60 | $125.00 | $75.00 |
| Service | 08/09/2018 | Time Entry: Investigation - Search on Department Of Labor for License Insurance - no record found, Search on NYS Department Of Division of Corporations, no record found- TL. | 0.90 | $125.00 | $112.50 |
| Service | 08/09/2018 | Time Entry: Investigation- ID Individual / Corp. Defendant – Pacer and Lexis- research for Rudy H Weber Construction and Weber Contruction, reviewed no record found and Print information. TL. | 0.60 | $125.00 | $75.00 |
| Service | 08/09/2018 | Time Entry: Investigation Report completed.- TL. | 0.60 | $125.00 | $75.00 |
| Service | 08/16/2018 | Time Entry: Mr. Rodriguez called, in reference of hospital bills | 0.20 | $125.00 | $25.00 |
| Service | 09/11/2018 | Time Entry: Went to through the Binder to ensure that all documents are scanned and recorded. Those tha were not scanned were scanned -TABL | 1.20 | $125.00 | $150.00 |
| Service | 09/19/2018 | Time Entry: Review entire file to prepare complaint | 0.50 | $450.00 | $225.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/19/2018 | Time Entry: Telephone call to client - re complaint | 0.10 | $450.00 | $45.00 |
| Service | 09/21/2018 | Time Entry: Telephone call with client | 0.10 | $125.00 | $12.50 |
| Service | 09/21/2018 | Time Entry: Prepare complaint | 2.00 | $450.00 | $900.00 |
| Service | 09/21/2018 | Time Entry: Revise complaint | 0.10 | $450.00 | $45.00 |
| Service | 09/26/2018 | Time Entry: Convert all documents for filing via ECF | 0.20 | $450.00 | $90.00 |
| Service | 09/26/2018 | Time Entry: Meeting with client in office -review complaint and sign consent to join | 0.50 | $450.00 | $225.00 |
| Service | 09/26/2018 | Time Entry: Open case and file via ECF | 0.30 | $450.00 | $135.00 |
| Service | 09/26/2018 | Time Entry: Prepare civil cover sheet | 0.20 | $450.00 | $90.00 |
| Service | 09/26/2018 | Time Entry: Prepare summonses for R. Weber and Marilena Katopodis | 0.10 | $450.00 | $45.00 |
| Service | 10/01/2018 | Time Entry: Located the summons and complaint; scanned and emailedthem to Alert Processing to be served -TABL | 1.00 | $125.00 | $125.00 |
| Service | 10/01/2018 | Time Entry: Uploaded Recent Documents to Netdocs -TABL | 0.20 | $125.00 | $25.00 |
| Service | 10/03/2018 | Time Entry: Telephone call to client re current address of Rudy Weber | 0.20 | $125.00 | $25.00 |
| Service | 10/03/2018 | Time Entry: Telephone call from client re call he received from R. Weber | 0.30 | $125.00 | $37.50 |
| Service | 10/26/2018 | Time Entry: Calculated the service deadlineand looked for Mr. Rodriguez's number to give to TL to call him to confirm the new addressfor Mr. Weber -TABL | 0.20 | $125.00 | $25.00 |
| Service | 10/26/2018 | Time Entry: Telephone call to process server | 0.20 | $125.00 | $25.00 |
| Service | 10/26/2018 | Time Entry: Checked with Alert Processing Regarding Service of Rudolf Weber -TABL | 0.10 | $125.00 | $12.50 |
| Service | 10/26/2018 | Time Entry: Emailed the new address for Mr.Weber to Alert; Updated this information in PC Law and uploaded Affidavit ofService or summons served to Katopodis, M. -TABL | 0.50 | $125.00 | $62.50 |
| Service | 10/26/2018 | Time Entry: Telephone call to process server | 0.10 | $125.00 | $12.50 |
| Service | 10/26/2018 | Time Entry: Telephone call from process server | 0.10 | $125.00 | $12.50 |
| Service | 10/26/2018 | Time Entry: Sent SJM email regarding call from Mike Tiliakos -TABL | 0.10 | $125.00 | $12.50 |
| Service | 11/13/2018 | Time Entry: Email from michael@tiliakoslaw.com | 0.10 | $450.00 | $45.00 |
| Service | 11/13/2018 | Time Entry: Email to Mike Tiliakos with damages calculations | 0.20 | $450.00 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/13/2018 | Time Entry: Telephone call to process server | 0.10 | $125.00 | $12.50 |
| Service | 11/13/2018 | Time Entry: Review and edit damages calculations | 0.60 | $450.00 | $270.00 |
| Service | 11/13/2018 | Time Entry: Telephone call from Michael Tiliakos | 0.30 | $450.00 | $135.00 |
| Service | 11/27/2018 | Time Entry: Telephone call from process server confirming service on rudy weber | 0.10 | $125.00 | $12.50 |
| Service | 12/30/2018 | Time Entry: Final revisions to request for cert of default and prepare cert of service thereof | 0.70 | $450.00 | $315.00 |
| Service | 01/02/2019 | Time Entry: Located and uploaded the Affidavit of Service fom AlertProcessig for the Service of Summons and complaint to Rudolph Weber -TABL | 0.20 | $125.00 | $25.00 |
| Service | 01/04/2019 | Time Entry: Telephone call from O Michelen re vacating default | 0.10 | $125.00 | $12.50 |
| Service | 01/09/2019 | Time Entry: Review, execute, scan and emailstipulation extending Katopodis' time to answer to 2-8-2019 | 0.20 | $450.00 | $90.00 |
| Service | 01/09/2019 | Time Entry: Telephone call with Oscar Michelen, counsel for Katopodis - agreed to extend date to answer to 2-8-2019 | 0.10 | $450.00 | $45.00 |
| Service | 01/09/2019 | Time Entry: Uploaded to NetDocs - 2018-01-03 SJM ECF Summons Re Weber, r. Returned Executed -TABL | 0.10 | $125.00 | $12.50 |
| Service | 01/14/2019 | Time Entry: Uploaded to NetDocs -2019-01-03ECF Clerk's Certificate of Default to Katopodis, M. -TABL | 0.20 | $125.00 | $25.00 |
| Service | 01/23/2019 | Time Entry: Uploaded - 2019-02-08 DHR OrderGranting MOT to set aside default Re M.Katopodis W 2-8-19 DL to Ans. - TL. | 0.20 | $125.00 | $25.00 |
| Service | 02/05/2019 | Time Entry: Telephone call from client | 0.20 | $125.00 | $25.00 |
| Service | 02/22/2019 | Time Entry: Email - Sent confirmation emailto JM in ref of Katopodis, M Answer with Crossclaim. TL. | 0.10 | $125.00 | $12.50 |
| Service | 02/22/2019 | Time Entry: Uloaded to Net Doc - 2019-02-08Katopodis, M Answer with Crossclaim. - TL. | 0.10 | $125.00 | $12.50 |
| Service | 02/22/2019 | Time Entry: Uploaded - 2019-03-04 GRB Scheduling Order Re Initial Conf with Disc Plan Worksheet.- TL. | 0.20 | $125.00 | $25.00 |
| Service | 03/14/2019 | Time Entry: Preparation for and participation in initial conference - demanded $7000 toresolve all claims. | 1.00 | $450.00 | $450.00 |
| Service | 03/14/2019 | Time Entry: Prepare and file letter motion to appear telephonically | 0.30 | $450.00 | $135.00 |
| Service | 03/14/2019 | Time Entry: Review proposed Discovery schedule | 0.10 | $450.00 | $45.00 |
| Service | 03/14/2019 | Time Entry: Telephone call from counsel forDefendant - Initial conference is tomorrow 4/3 | 0.10 | $450.00 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/20/2019 | Pre-Trial Pleadings and Motions: Revise and file request for certificate of default as to Rudolph H. Weber | 0.60 | $450.00 | $270.00 |
| Service | 07/25/2019 | Pre-Trial Pleadings and Motions: Uploaded 014 2019-06-21 Clerk's ENTRY OF DEFAULT | 0.20 | $125.00 | $25.00 |
| Service | 07/25/2019 | Pre-Trial Pleadings and Motions: Uploaded 013 2019-06-20 Request for Certificate of Default by Eleazar Rodriguez, 013-01 2019-06-20 (1) Exhibit Proposed Certificate of Default, 013-02 2019-06-20 (2) Exhibit Affidavit of Service | 0.20 | $125.00 | $25.00 |
| Service | 07/25/2019 | Pre-Trial Pleadings and Motions: Uploaded 013-01 2019-06-20 (1) Exhibit Proposed Certificate of Default | 0.20 | $125.00 | $25.00 |
| Service | 11/22/2019 | Telephone call to client | 0.10 | $125.00 | $12.50 |
| Service | 11/22/2019 | Case Building: Telephone call from client | 0.10 | $125.00 | $12.50 |
| Service | 11/22/2019 | Case Building: Called Mr. Weber to schedule a phone call with SJM | 0.10 | $125.00 | $12.50 |
| Service | 01/23/2020 | Pre-Trial Pleadings and Motions: Reviewed Docket Text and Document 15: STATUS REPORT by Eleazar Rodriguez (Moser, Steven) | 0.10 | $125.00 | $12.50 |
| Service | 01/23/2020 | Discovery: Prepare and file status report to DRH | 0.70 | $450.00 | $315.00 |
| Service | 02/13/2020 | Settlement: E. Rodriguez called for a status update | 0.10 | $125.00 | $12.50 |
| Service | 02/13/2020 | Settlement: Calendared Phone Call Appointment for SJM to call Eleazer Rodriguez on 2/14/20 at 11am, at (516) 943-5008. | 0.10 | $125.00 | $12.50 |
| Service | 02/14/2020 | Settlement: I called E. Rodriguez to update him | 0.20 | $125.00 | $25.00 |
| Service | 02/21/2020 | Discovery: Calculated dates for the Discovery Plan Worksheet ordered by Mag Judge ST. | 0.30 | $125.00 | $37.50 |
| Service | 02/24/2020 | Pre-Trial Pleadings and Motions: Called E. Rodriguez re 2/28 In-Person Initial Conf | 0.10 | $125.00 | $12.50 |
| Service | 02/24/2020 | Discovery: Email Revised discovery plan to opposing counsel | 0.10 | $450.00 | $45.00 |
| Service | 02/24/2020 | Discovery: Telephone call to Oscar Michelen - left message | 0.10 | $450.00 | $45.00 |
| Service | 02/25/2020 | Discovery: Filed Docket Text and Document No.17: Proposed Scheduling Order by Eleazar Rodriguez (Moser, Steven) | 0.10 | $125.00 | $12.50 |
| Service | 02/26/2020 | Pre-Trial Pleadings and Motions: Called O. Michelen re req for phone call 2/28 initial conf | 0.10 | $125.00 | $12.50 |
| Service | 02/26/2020 | Pre-Trial Pleadings and Motions: Called O. Michelen 2x re reg for phone call on 2/28/ Initial conf | 0.10 | $125.00 | $12.50 |

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/26/2020 | Pre-Trial Pleadings and Motions: Called SJM re req for phone at 2/28 Initial Conf | 0.10 | $125.00 | $12.50 |
| Service | 02/26/2020 | Pre-Trial Pleadings and Motions: Downloaded Judge Steven Tiscione's rules. | 0.10 | $125.00 | $12.50 |
| Service | 02/26/2020 | Pre-Trial Pleadings and Motions: Prepared letter requesting to appear at the 2/28/20 Initial Conference via telephone, according to Judge Steven Tiscione's rules. | 0.30 | $125.00 | $37.50 |
| Service | 02/26/2020 | Pre-Trial Pleadings and Motions: E-Filed letter requesting to appear at the 2/28/20 Initial Conference via telephone, according to Judge Steven Tiscione's rules. | 0.10 | $125.00 | $12.50 |
| Service | 02/27/2020 | Pre-Trial Pleadings and Motions: Called Mr. Michelen re denial for SJM to appear by phone on 2/28 Conf | 0.10 | $125.00 | $12.50 |
| Service | 02/27/2020 | Pre-Trial Pleadings and Motions: Called Mr. Michelen back to req for SJM to appear via phone at 2/28 Conf | 0.10 | $125.00 | $12.50 |
| Service | 03/04/2020 | Pre-Trial Pleadings and Motions: Left message for O. Michelen to app 3/6 in. conf adjournment | 0.10 | $125.00 | $12.50 |
| Service | 03/04/2020 | Pre-Trial Pleadings and Motions: Spoke to O. Michelen re adjourning 3/6 initial conf | 0.10 | $125.00 | $12.50 |
| Service | 03/04/2020 | Pre-Trial Pleadings and Motions: Reviewed Docket Text And Document No.20: Second MOTION to Adjourn Conference by Eleazar Rodriguez. (Moser, Steven) | 0.10 | $125.00 | $12.50 |
| Service | 03/05/2020 | Pre-Trial Pleadings and Motions: Uploaded Mot to Adj 3-6-20 Init Conf PDF Doc | 0.10 | $125.00 | $12.50 |
| Service | 03/23/2020 | Settlement: Status conference with Hon. Tiscione. Matter adjourned for two weeks to finalize settlement. | 0.30 | $450.00 | $135.00 |
| | | **Services Subtotal** | | | **$6,550.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/20/2020 | Filing Fees | 1.00 | $400.00 | $400.00 |
| Expense | 07/20/2020 | Process service fees | 1.00 | $120.00 | $120.00 |
| | | **Expenses Subtotal** | | | **$520.00** |
| | | | | **Subtotal** | **$7,070.00** |
| | | | | **Total** | **$7,070.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 67 | 08/19/2020 | $7,070.00 | $0.00 | $7,070.00 |
| | | | **Outstanding Balance** | **$7,070.00** |
| | | | **Total Amount Outstanding** | **$7,070.00** |

Please make all amounts payable to: Moser Law Firm, PC