# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 3, 2020 |
| TIME: | 11:00 |
| DOCKET NUMBER(S): | CV-18-5424 (DRH) |
| NAME OF CASE(S): | Eleazar Rodriguez v Rudolph H. Weber, et al. |
| FOR PLAINTIFF(S): | Moser |
| FOR DEFENDANT(S): | Michelen |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | AT&T (11:05 - 11:15) |
| RULINGS FROM Motion Hearing : | |

Plaintiff's counsel reports that his client recently contacted him and there may be a possibility of salvaging the attorney-client relationship and moving forward with the case. Plaintiff's counsel will consult with his client and file a letter by August 10, 2020 advising the Court how Plaintiff intends to proceed.