# MOSER LAW FIRM, P.C.

5 E. MAIN ST.
HUNTINGTON, NY 11743
(631) 824-0200

www.moserlawfirm.com

Steven J. Moser, Esq.                                                                                       steven.moser@moserlawfirm.com

September 9, 2020

VIA ECF

Hon. Steven L. Tiscione, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:     *Rodriguez v. Weber*, 18-cv-05424 (DRH)(ST)

Dear Judge Tiscione:

    I write in response to the Court's Order to Show Cause issued for my failure to appear at the scheduled conference on September 4, 2020.

    On September 4, 2020 I reviewed my electronic calendar and did not see the status conference. On Tuesday September 8, 2020, I went back to the electronic calendar. I found that the calendar settings were incorrectly set for court appearances. When I corrected the settings, the electronic calendar correctly showed the status conference.

    The failure to appear was not intentional. I sincerely apologize to the Court and to opposing counsel for my failure to appear.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser